THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Joe Alex Lynch, Appellant.
 
 
 
 
 

Appeal From Pickens County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2010-UP-035
 Submitted January 4, 2010  Filed January
26, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of
 Greenville, for Respondent.
 
 
 

PER CURIAM:  Joe Alex Lynch appeals his convictions for second degree criminal
 sexual conduct with a minor and lewd act upon a child.  Lynch argues the trial
 court erred in admitting the victim's out-of-court statement regarding the
 details of one of the incidents.  After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL DISMISSED.
HUFF, A.C.J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.